**Scott Ross TAYLOR, Plaintiff—Appellant,**

**v.**

**WAL–MART STORES, Incorporated and Divisions and Subsidiaries, Defendant—Appellee,**

**v.**

**John Paul Reason, Officer and Board of Director Wal–Mart Stores; H. Lee Scott, President and CEO Wal–Mart Stores; G. David Passmore, Facilities Maintenance Director Reality Department; Other Defendants Yet Unnamed at the Company, Defendants.**

No. 05–1884.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 20, 2005.

Scott Ross Taylor, Appellant Pro Se. Constantinos George Panagopoulos, Ballard, Spahr, Andrews & Ingersoll, Washington, D.C., for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Scott Ross Taylor appeals the district court's order granting summary judgment in favor of Wal–Mart Stores, Inc., in his civil action challenging his termination from employment and raising several related claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Taylor v. Wal–Mart Stores, Inc., 376 F.Supp.2d 653 (E.D.Va.2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*